IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FRANCISCO S. ARCHULETA,

      Plaintiff,

vs.                                                    No. CIV 10-1224 JB/RHS

CITY OF ROSWELL, NEW MEXICO,
AL SOLIS, TRAVIS HOLLEY, JESSICA PALMER,
DAVID HERNANDEZ, and RENEE L. CAMACHO,

      Defendants.

## ORDER

**THIS MATTER** comes before the Court on the Court's Memorandum Opinion and Order Adopting the Magistrate Judge's Proposed Findings and Recommended Disposition and Denying the Plaintiff's Motions to Amend (Doc. 68 and 76), filed September 30, 2013 (Doc. 89)("MOO"). The Court's MOO was filed prematurely and in error. The Plaintiff Francisco S. Archuleta has until October 7, 2013 to object. The Court's MOO is vacated.

**IT IS ORDERED** that the Court's Memorandum Opinion and Order Adopting the Magistrate Judge's Proposed Findings and Recommended Disposition and Denying the Plaintiff's Motions to Amend (Doc. 68 and 76), filed September 30, 2013 (Doc. 89)("MOO"), is vacated.

                                                   _____
                                                   UNITED STATES DISTRICT JUDGE

*Parties and counsel*:

Francisco S. Archuleta
Federal Prison Camp
Florence, Colorado

      *Plaintiff pro se*

Bryan D. Evans
Barbara Marie Smith
Carla Neusch Williams
Atwood, Malone, Turner & Sabin, P.A.
Roswell, New Mexico

*Attorneys for Defendants City of Roswell, Al Solis, and Travis Holley*

Richard L. Kraft
Kraft & Hunter, LLP
Roswell, New Mexico

*Attorneys for Defendant Jessica Palmer*

Kenneth J. Gonzales
  United States Attorney
Michael H. Hoses
  Assistant United States Attorney
United States Attorney's Office
Albuquerque, New Mexico

*Attorneys for Defendant Renee L. Camacho*

Santiago David Hernandez
El Paso, Texas

*Defendant pro se*