IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FRANCISCO S. ARCHULETA,

      Plaintiff,

vs.                                                                            No. CIV 10-1224 JB/SCY

CITY OF ROSWELL, NEW MEXICO;
AL SOLIS; TRAVIS HOLLEY; JESSICA PALMER;
SANTIAGO DAVID HERNANDEZ;
and RENEE L. CAMACHO,

      Defendants.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on: (i) the Memorandum Opinion and Order, filed September 30, 2012 (Doc. 73)("Sept. 30, 2012, MOO"); (ii) the Memorandum Opinion and Order (1) Adopting Magistrate Judge's Proposed Findings and Recommended Disposition, (2) Overruling Plaintiff's Objections and (3) Granting Defendant Renee L. Camacho's Motion to Dismiss, filed March 29, 2013 (Doc. 81)("Mar. 29, 2013, MOO"); (iii) the Memorandum Opinion and Order Adopting Magistrate Judge's Proposed Findings and Recommended Disposition and Granting Defendants City of Roswell, Al Solis and Travis Holley's Motion to Dismiss (Doc. 20), filed August 30, 2013 (Doc. 84)("Aug. 30, 2013, MOO"); (iv) the Memorandum Opinion and Order Adopting the Magistrate Judge's Proposed Findings and Recommended Disposition and Granting Defendant Jessica Palmer's Motion to Dismiss (Doc. 74), filed September 29, 2013 (Doc. 87)("Sept. 29, 2013, MOO"); and (v) the Memorandum Opinion and Order Adopting the Magistrate Judge's Analysis and Proposed Disposition and Dismissing Case, filed January 30, 2015 (Doc. 101)("Jan. 30, 2015, MOO").

In the Sept. 30, 2012, MOO, the Court dismissed Plaintiff Francisco S. Archuleta's federal claims against Defendant Santiago David Hernandez.  See Sept. 30, 2012, MOO at 28. In the Mar. 29, 2013, MOO, the Court dismissed all of Archuleta's claims against Defendant Renee L. Camacho.  See Mar. 29, 2013, MOO at 8-9.  In the Aug. 30, 2013, MOO, the Court dismissed all of Archuleta's claims against Defendants City of Roswell, Al Solis, and Travis Holley.  See Sept. 30, 2013, MOO at 9.  In the Sept. 29, 2013, MOO, the Court dismissed all of Archuleta's claims against Defendant Jessica Palmer.  See Sept. 29, 2013, MOO at 9.  In the Jan. 30, 2015, MOO, the Court dismissed Archuleta's remaining breach-of-contract claim against Hernandez without prejudice.  See Jan. 30, 2015, MOO at 9.  Because the Sept. 30, 2012, MOO; the Mar. 29, 2013, MOO; the Aug. 30, 2013, MOO; the Sept. 29, 2013, MOO; and the Jan. 30, 2015, MOO disposed of all claims and parties before the Court, final judgment is appropriate.

**IT IS ORDERED** that: (i) Plaintiff Francisco S. Archuleta's claims and case against Defendants City of Roswell, New Mexico; Al Solis; Travis Holley; Renee L. Camacho; and Jessica Palmer are dismissed with prejudice; (ii) Archuleta's claims against Defendant Santiago David Hernandez are dismissed without prejudice; and (iii) final judgment is entered.

_____  
UNITED STATES DISTRICT JUDGE

*Parties and counsel*:

Francisco S. Archuleta
Federal Prison Camp
Florence, Colorado

    *Plaintiff pro se*

Bryan D. Evans
Barbara Marie Smith
Carla Neusch Williams
Atwood, Malone, Turner & Sabin, P.A.
Roswell, New Mexico

    *Attorneys for Defendants City of Roswell, New Mexico; Al Solis; and Travis Holley*

Richard L. Kraft
Kraft & Hunter, LLP
Roswell, New Mexico

    *Attorneys for Defendant Jessica Palmer*

Kenneth J. Gonzales
  United States Attorney
Michael H. Hoses
  Assistant United States Attorney
United States Attorney's Office
Albuquerque, New Mexico

    *Attorneys for Defendant Renee L. Camacho*

Santiago David Hernandez
El Paso, Texas

    *Defendant pro se*